```
✓ FILED      ___ LODGED
___ RECEIVED ___ COPY

    APR 0 5 2016

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
REDACTED FOR        DEPUTY
PUBLIC DISCLOSURE
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-16-08057-PCT-GMS (JZB) |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 1153 and 1112 (CIR-Involuntary Manslaughter) Count 1 |
| Cheryl Lynn Johnson, | |
| Defendant. | 18 U.S.C. §§ 1153 and 113 (a)(6) (CIR-Assault Resulting in Serious Bodily Injury) Count 2 |

THE GRAND JURY CHARGES:

### COUNT 1

On or about April 22, 2015, in the District of Arizona within the confines of the Navajo Indian Reservation, Indian Country, the defendant, CHERYL LYNN JOHNSON, an Indian, killed C.S., while in the commission of an unlawful act not amounting to a felony, that is driving while intoxicated, and in the commission of a lawful act, that is the operation of a motor vehicle in an unlawful manner, that is with wanton and reckless disregard for human life, which might produce death, and that the defendant knew that such conduct was a threat to the lives of others or knew of circumstances that would reasonably cause the defendant to foresee that such conduct might be a threat to the lives of others.

In violation of Title 18, United States Code, Sections 1153 and 1112.

## COUNT 2

On or about April 22, 2015, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, CHERYL LYNN JOHNSON, an Indian, did knowingly and recklessly assault H.B. by driving a motor vehicle in a reckless manner which resulted in serious bodily injury to H.B.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: April 5, 2016

JOHN S. LEONARDO
United States Attorney
District of Arizona

s/
ROGER DOKKEN
Assistant U.S. Attorney