1    WO

2

3

4

5

6                **IN THE UNITED STATES DISTRICT COURT**

7                   **FOR THE DISTRICT OF ARIZONA**

8

9    United States of America,                    No.  CR15-08057-001-PCT-GMS

10                     Plaintiff,

11   v.                                            **TEMPORARY DETENTION ORDER**
                                                   **FOR INTAKE ASSESSMENT**
12    Cheryl Lynn Johnson,

13                     Defendant.

14

15        Defendant appeared in court with counsel. Pursuant to 18 U.S.C. §3141 et seq. a

16   detention hearing was held. Upon recommendation of Pretrial Services, the defendant is

17   ordered detained pending an intake assessment for placement at Crossroads in Phoenix,

18   Arizona or other facility as designated by Pretrial Services.  Should defendant qualify for

19   such placement, defendant shall be released upon conditions set by this Court, including

20   pretrial residency at said facility, as conditions do exist which would reasonably assure

21   the safety of others and the appearance of the defendant.  Should defendant not so

22   qualify, the release conditions set by this Court shall be vacated and defendant shall be

23   detained pending trial as there are no conditions or combination of conditions which

24   would reasonably assure the safety of others or the appearance of the defendant.

25   //

26   //

27   //

28

1    The Pretrial Services Officer is ordered to timely notify this Court of the

2  defendant's intake assessment results, and if found acceptable, the date and time the

3  facility will provide transportation from the Sandra Day O'Connor Courthouse for

4  defendant.

5    Dated this 18th day of May, 2016.

6

7

8    _____
   Honorable Deborah M. Fine

9    United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28